UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE D. CONTE,<br><br>         Plaintiff,<br><br>vs.<br><br>HONORABLE JUDGE SANDRA POMERANZE, JESUSA E. CONTE, DOES I-X, inclusive and Roe Corporations I-X, inclusive,<br><br>         Defendants. | Case No. 2:16-cv-00009-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant District Court Judge Sandra Pomeranze's Motion for Extension of Time to File response to Complaint (#8), filed on January 26, 2016. Upon review and consideration and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant District Court Judge Sandra Pomeranze's Motion for Extension of Time to File response to Complaint (#8) is **granted**. Defendant, Judge Sandra Pomeranze, shall have until **February 3, 2016** in which to file a response to Plaintiff's Complaint (#1).

DATED this 27th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge