# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE D. CONTE,<br><br>             Plaintiff,<br><br>vs.<br><br>HONORABLE JUDGE SANDRA POMERANZE, JESUSA E. CONTE, DOES I-X, inclusive and Roe Corporations I-X, inclusive,<br><br>             Defendants. | Case No. 2:16-cv-00009-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Proposed Discovery Plan and Scheduling Order (#15) filed February 4, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. The plan shall be in such form so as to permit the plan, on Court approval, to become the scheduling order required by Fed. R. Civ. P. 16(b). Plaintiff's proposed discovery plan and scheduling order does not comply with LR 26.1. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Proposed Discovery Plan and Scheduling Order (#15) is denied without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff shall serve Defendant Honorable Judge Sandra Pomeranze through her counsel of record, Frederick Perdomo, and not on Defendant personally.

DATED this 5th date of February, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge