**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| WAYNE CONTE,<br><br>  Plaintiff,<br><br>v.<br><br>SANDRA POMERANZE and JESUSA E. CONTE,<br><br>  Defendants. | Case No. 2:16-cv-00009-APG-GWF<br><br>**ORDER SETTING EXPEDITED BRIEFING SCHEDULE** |

IT IS ORDERED that defendants Sandra Pomeranze and Jesusa E. Conte shall file an opposition to plaintiff Wayne Conte's motion for emergency stay of garnishment (Dkt. #24) on or before March 14, 2016.

IT IS FURTHER ORDERED that Plaintiff Wayne Conte shall file a reply on or before March 18, 2016.

DATED this 9th day of March, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE